UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------------------------------------x
JOHN DOE,                                                              :

       Plaintiff,                                              :

  -against-                                                           :    Civil Action No. _____

SCOTT D. HAMMOND, DEPUTY ASST. ATTORNEY      :
GENERAL, ANTITRUST DIVISION, DEPT. OF
JUSTICE; LISA M. PHELAN, CHIEF, NATIONAL          :
CRIMINAL ENFORCEMENT SECTION; MARC
SIEGEL, DIRECTOR OF CRIMINAL ENFORCEMENT; :
MARK R. ROSMAN, ASST. CHIEF
                                                                       :
       Defendants.
                                                                       :
-----------------------------------------------------------------------x


### PLAINTIFF'S MOTION TO PROCEED PSEUDONYMOUSLY

Plaintiff John Doe respectfully moves the Chief Judge of the United States District Court for the District of Columbia for leave to file his Complaint and other papers in this matter under a pseudonym. For the reasons set forth in the accompanying Memorandum of Law, Plaintiff's motion should be granted.


Dated: August 20, 2007

                              Respectfully Submitted,

                              PATTERSON BELKNAP WEBB & TYLER LLP

                              _____
                              By: Daniel S. Ruzumna (DC Bar No. 450040)
                              1133 Avenue of the Americas
                              New York, NY 10036
                              (212) 336-2034

                              *Attorneys for Plaintiff*

```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------------x
JOHN DOE,                                              :

        Plaintiff,                                     :

    -against-                                          :     Civil Action No. _____

SCOTT D. HAMMOND, DEPUTY ASST. ATTORNEY  :
GENERAL, ANTITRUST DIVISION, DEPT. OF
JUSTICE; LISA M. PHELAN, CHIEF, NATIONAL    :
CRIMINAL ENFORCEMENT SECTION; MARC
SIEGEL, DIRECTOR OF CRIMINAL ENFORCEMENT;   :
MARK R. ROSMAN, ASST. CHIEF
                                                       :
        Defendants.
                                                       :
------------------------------------------------------------------x
```

## PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO PROCEED PSEUDONYMOUSLY

Plaintiff John Doe respectfully submits this Memorandum of Law in support of his motion to proceed pseudonymously. As Judge Lamberth recently explained,

> This District Court, like the D.C. Circuit Court, has not tackled the propriety of pseudonymous litigation head on, but this Court has developed an ad-hoc process that accommodates the practice. A litigant seeking to proceed under pseudonym may ask the Chief Judge, ex parte, for leave to file a complaint omitting the litigant's real name and full address. In effect, the litigant is asking the Chief Judge to waive the requirements of Federal Rule 10(a) and Local Civil Rules 5.1(e)(1) and 11.1. Leave is generally granted if the litigant makes a colorable argument in support of the request. If the Chief Judge grants leave to file, the litigant may then file a pseudonymous complaint and the case will be assigned to a judge just like any ordinary case.

*Qualls v. Rumsfeld*, 228 F.R.D. 8, 10 (D.D.C. 2005). "Pseudonymous litigation is for the unusual or critical case, and it is the litigant seeking to proceed under pseudonym that bears the burden to demonstrate a legitimate basis for proceeding in that manner." *Id.* at 13.

The sole and limited relief Plaintiff requests in this action – an injunction prohibiting Defendants from publicly identifying him as a subject of the British Airways grand jury investigation – requires him to proceed pseudonymously or not at all, as suing in his own name automatically would preclude the very relief Plaintiff seeks.

Plaintiff is aware that "federal courts operate openly by default," *id.*, and therefore has not sought to place his Complaint and other papers under seal. He instead requests that only his identity be kept from public record. This request comports with and, indeed, is necessitated by, the nature of the relief sought. Accordingly, there is a "legitimate basis," *id.*, for Plaintiff's proceeding pseudonymously in this "unusual . . . case." *Id.* at 8. *Cf. Doe v. U.S. Air Force*, 812 F.2d 738, 739 n.1 (D.C. Cir. 1987) ("The district court granted plaintiff permission to file his complaint under a pseudonym because of the Air Force's belief that he is homosexual. Air Force Regulations stated that '[h]omosexuality is incompatible with military service,' 32 C.F.R. § 41.13(a) (1982), and provided for the discharge of homosexuals.").

Given that Plaintiff has made "a colorable argument in support of the request" to proceed pseudonymously, *Qualls*, 228 F.R.D. at 8, he asks the Court to grant his motion.

Dated: August 20, 2007

                                            Respectfully Submitted,

                                            PATTERSON BELKNAP WEBB & TYLER LLP

                                            By: Daniel S. Ruzumna (DC Bar No. 450040)
                                            1133 Avenue of the Americas
                                            New York, NY 10036
                                            (212) 336-2034

                                            *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------------------------------x
JOHN DOE,                                                        :

      Plaintiff,                                                 :

   -against-                                                       :       Civil Action No. _____

SCOTT D. HAMMOND, DEPUTY ASST. ATTORNEY    :
GENERAL, ANTITRUST DIVISION, DEPT. OF
JUSTICE; LISA M. PHELAN, CHIEF, NATIONAL           :
CRIMINAL ENFORCEMENT SECTION; MARC
SIEGEL, DIRECTOR OF CRIMINAL ENFORCEMENT; :
MARK R. ROSMAN, ASST. CHIEF
                                                                 :
      Defendants.
                                                                 :
-----------------------------------------------------------------x

### ORDER

      Having considered Plaintiff's Motion to Proceed Pseudonymously ("Motion"), along with the supporting Memorandum of Law, and good cause having been shown,

      IT IS HEREBY ORDERED that the Motion is GRANTED; and

      IT IS FURTHER ORDERED that Plaintiff may file his Complaint and all other papers in this matter under the pseudonym "John Doe"; and

      IT IS FURTHER ORDERED that this Order shall remain in effect until modified or lifted by a Judge of this Court.

Dated:  August _____, 2007                         SO ORDERED:


                                                   _____
                                                   United States District Judge

**PERSONS TO BE SERVED UPON ENTRY OF THIS ORDER**

PATTERSON BELKNAP WEBB & TYLER LLP
Daniel S. Ruzumna (DC Bar No. 450040)
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2034

*Attorneys for Plaintiff*


Scott D. Hammond
Lisa M. Phelan
Marc Siegel
Mark R. Rosman
U.S. Department of Justice, Antitrust Division
1401 H Street, N.W., Suite 3700
Washington, DC 20530

*Defendants*

1390680v1