FILED
AUG 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------x
JOHN DOE,                                           :

       Plaintiff,                                  :

-against-                                           :      Civil Action No. __07 1496__

SCOTT D. HAMMOND, DEPUTY ASST. ATTORNEY :
GENERAL, ANTITRUST DIVISION, DEPT. OF
JUSTICE; LISA M. PHELAN, CHIEF, NATIONAL            :
CRIMINAL ENFORCEMENT SECTION; MARC
SIEGEL, DIRECTOR OF CRIMINAL ENFORCEMENT; :
MARK R. ROSMAN, ASST. CHIEF
                                                    :
       Defendants.
                                                    :
------------------------------------------------------------x

## ORDER

Having considered Plaintiff's Motion to Proceed Pseudonymously ("Motion"), along with the supporting Memorandum of Law, and good cause having been shown,

IT IS HEREBY ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED that Plaintiff may file his Complaint and all other papers in this matter under the pseudonym "John Doe"; and

IT IS FURTHER ORDERED that this Order shall remain in effect until modified or lifted by a Judge of this Court.

Dated: August **20**, 2007                    SO ORDERED:

                                                                           _____
                                                         Acting Chief United States District Judge

## PERSONS TO BE SERVED UPON ENTRY OF THIS ORDER

PATTERSON BELKNAP WEBB & TYLER LLP
Daniel S. Ruzumna (DC Bar No. 450040)
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2034

*Attorneys for Plaintiff*


Scott D. Hammond
Lisa M. Phelan
Marc Siegel
Mark R. Rosman
U.S. Department of Justice, Antitrust Division
1401 H Street, N.W., Suite 3700
Washington, DC 20530

*Defendants*