UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------------x
JOHN DOE,                                                         :

      Plaintiff,                                              :

  -against-                                                      :   Civil Action No. _____

SCOTT D. HAMMOND, DEPUTY ASST. ATTORNEY     :
GENERAL, ANTITRUST DIVISION, DEPT. OF
JUSTICE; LISA M. PHELAN, CHIEF, NATIONAL     :
CRIMINAL ENFORCEMENT SECTION; MARC
SIEGEL, DIRECTOR OF CRIMINAL ENFORCEMENT;    :
MARK R. ROSMAN, ASST. CHIEF
                                                                  :
      Defendants.
                                                                  :
------------------------------------------------------------------x


## PLAINTIFF'S MOTION TO SEAL

Plaintiff John Doe respectfully moves this Court to place the document entitled "Identification of Plaintiff John Doe" under seal.


Dated: August 20, 2007

                                          Respectfully Submitted,

                                          PATTERSON BELKNAP WEBB & TYLER LLP

                                          _____
                                          By: Daniel S. Ruzumna (DC Bar No. 450040)
                                          1133 Avenue of the Americas
                                          New York, NY 10036
                                          (212) 336-2034

                                          *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------------------------------x
JOHN DOE,                                              :

      Plaintiff,                                    :

  -against-                                             :          Civil Action No. _____

SCOTT D. HAMMOND, DEPUTY ASST. ATTORNEY   :
GENERAL, ANTITRUST DIVISION, DEPT. OF
JUSTICE; LISA M. PHELAN, CHIEF, NATIONAL   :
CRIMINAL ENFORCEMENT SECTION; MARC
SIEGEL, DIRECTOR OF CRIMINAL ENFORCEMENT; :
MARK R. ROSMAN, ASST. CHIEF
                                                                                                                            :

      Defendants.
                                                                                                                            :
-----------------------------------------------------------------x

## PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT
## OF HIS MOTION TO SEAL

      Plaintiff John Doe respectfully submits this Memorandum of Law in support of his motion to seal. The sole and limited relief Plaintiff requests in this action—an injunction prohibiting Defendants from publicly identifying him as a subject of the British Airways grand jury investigation—requires him to proceed pseudonymously or not at all, as suing in his own name automatically would preclude the very relief Plaintiff seeks. Additionally, if Plaintiff is required to disclose his true identity, it would defeat the purpose of his action. Accordingly, Plaintiff requests that his identity be kept under seal.

Dated: August 20, 2007

                                      Respectfully Submitted,

                                      PATTERSON BELKNAP WEBB & TYLER LLP

                                      _____
                                      By:  Daniel S. Ruzumna (DC Bar No. 450040)
                                      1133 Avenue of the Americas
                                      New York, NY 10036
                                      (212) 336-2034

                                      *Attorneys for Plaintiff*

1390727v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-------------------------------------------------------------------x
JOHN DOE,                                                          :

      Plaintiff,                                              :

  -against-                                                        :     Civil Action No. _____

SCOTT D. HAMMOND, DEPUTY ASST. ATTORNEY      :
GENERAL, ANTITRUST DIVISION, DEPT. OF
JUSTICE; LISA M. PHELAN, CHIEF, NATIONAL     :
CRIMINAL ENFORCEMENT SECTION; MARC
SIEGEL, DIRECTOR OF CRIMINAL ENFORCEMENT;    :
MARK R. ROSMAN, ASST. CHIEF
                                                                   :
      Defendants.
                                                                   :
-------------------------------------------------------------------x

## ORDER

    Having considered Plaintiff's Motion to Seal, and good cause having been shown,

    IT IS HEREBY ORDERED that the Motion is GRANTED; and

    IT IS FURTHER ORDERED that the document entitled "Identification of Plaintiff John Doe" hereby is placed under seal; and

    IT IS FURTHER ORDERED that this Order shall remain in effect until modified or lifted by this Court.

Dated: August _____, 2007          SO ORDERED:


                                          _____
                                          United States District Judge

**PERSONS TO BE SERVED UPON ENTRY OF THIS ORDER**

PATTERSON BELKNAP WEBB & TYLER LLP
Daniel S. Ruzumna (DC Bar No. 450040)
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2034

*Attorneys for Plaintiff*


Scott D. Hammond
Lisa M. Phelan
Marc Siegel
Mark R. Rosman
U.S. Department of Justice, Antitrust Division
1401 H Street, N.W., Suite 3700
Washington, DC 20530

*Defendants*