CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil Case Number 07-1496(JDB) |
| ) | |
| ) | Category D |
| SCOTT D. HAMMOND, et al. ) | |
| Defendant ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on August 21, 2007 from Judge Emmet G. Sullivan to Judge John D. Bates by direction of the Calendar Committee.

(Case transferred by Consent.)

JUDGE ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc:  Judge Bates & Courtroom Deputy
Judge Sullivan & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk