UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------------x
JOHN DOE,                                                         :

      Plaintiff,                                             :

  -against-                                                       :    Civil No. 07-1496 (JDB)

SCOTT D. HAMMOND, DEPUTY ASST. ATTORNEY                            :
GENERAL, ANTITRUST DIVISION, DEPT. OF
JUSTICE; LISA M. PHELAN, CHIEF, NATIONAL                           :
CRIMINAL ENFORCEMENT SECTION; MARC
SIEGEL, DIRECTOR OF CRIMINAL ENFORCEMENT;                          :
MARK R. ROSMAN, ASST. CHIEF
                                                                                                :

      Defendants.

                                                                                              :
------------------------------------------------------------------x

## PLAINTIFF'S MOTION TO INSERT A
## FOOTNOTE INTO ITS REPLY MEMORANDUM

        Plaintiff John Doe respectfully moves the Court for leave to insert a footnote into his reply memorandum in support of his motion for a temporary restraining order and preliminary injunction. Plaintiff seeks to add the following footnote to its reply memorandum at page 6 after the first partial paragraph:

> Indeed, at least one press report in the United Kingdom has already seized upon the BA Plea Agreement as an indication that the Department of Justice will be opening "criminal investigations into senior staff at the airline" and that the individuals identified in the Agreement "face criminal investigation under anti-cartel laws." *See* Dan Milmo, "Top BA Staff Face Criminal Inquiry in Price-Fixing Case," The Guardian, Aug. 18, 2007.

For the reasons set forth in the accompanying memorandum, Plaintiff respectfully submits that leave should be granted.

Dated: August 22, 2007

Respectfully Submitted,

PATTERSON BELKNAP WEBB & TYLER LLP

_____
By: Daniel S. Ruzumna (DC Bar No. 450040)
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2034

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------------------------------x
JOHN DOE,                                                        :

       Plaintiff,                                        :

    -against-                                                   :         Civil No. 07-1496 (JDB)

SCOTT D. HAMMOND, DEPUTY ASST. ATTORNEY   :
GENERAL, ANTITRUST DIVISION, DEPT. OF
JUSTICE; LISA M. PHELAN, CHIEF, NATIONAL            :
CRIMINAL ENFORCEMENT SECTION; MARC
SIEGEL, DIRECTOR OF CRIMINAL ENFORCEMENT; :
MARK R. ROSMAN, ASST. CHIEF
                                                                          :

       Defendants.
                                                                          :
-----------------------------------------------------------------x

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION TO INSERT A FOOTNOTE INTO ITS REPLY MEMORANDUM

      Plaintiff John Doe respectfully moves the Court for leave to insert a footnote into his reply memorandum in support of his motion for a temporary restraining order and preliminary injunction. Plaintiff seeks to add the following footnote to its reply memorandum at page 6 after the first partial paragraph:

> Indeed, at least one press report in the United Kingdom has already seized upon the BA Plea Agreement as an indication that the Department of Justice will be opening "criminal investigations into senior staff at the airline" and that the individuals identified in the Agreement "face criminal investigation under anti-cartel laws." *See* Dan Milmo, "Top BA Staff Face Criminal Inquiry in Price-Fixing Case," The Guardian, Aug. 18, 2007.

For the following reasons, Plaintiff respectfully submits that leave should be granted.

      Last night, after 9:00 p.m., Plaintiff's counsel learned of a newspaper article in The Guardian, printed on August 18, 2007, stating that the Department of Justice will formalize the charges against British Airways on Thursday, August 23, 2007. Because the article offers

relevant insight into how the disclosure of the British Airways plea agreement (the "BA Plea Agreement") is likely to be interpreted by the public, Plaintiff brings this article, which is attached as Exhibit A, to the Court's attention.

The article, entitled "Top BA Staff Face Criminal Inquiry in Price-Fixing Case," provides in relevant part:

> The price fixing scandal at British Airways deepened yesterday *after it emerged the US department of justice will open criminal investigations into senior staff at the airline next week.*
>
> BA will formalise its guilty plea to fixing fuel surcharges on long-haul passenger and cargo flights in a court appearance in Washington on Thursday. It is understood that *the DoJ will also name airline staff who face criminal investigation under anti-cartel laws*, including some names that are well known in aviation circles. BA was fined £270m by authorities on both sides of the Atlantic earlier this month after admitting the surcharge scam, which included a long-running conspiracy with Virgin Atlantic over passenger flights.
>
> Two former BA employees have left the company since a price-fixing conspiracy emerged last summer. Martin George, former commercial director, and Iain Burns, former head of communications, resigned in October and *are expected to be named as suspects by the DoJ.*

Dan Milmo, "Top BA Staff Face Criminal Inquiry in Price-Fixing Case," The Guardian, Aug. 18, 2007 (emphasis added). Thus, contrary to Defendants' argument that the identification of the "carved out" individuals will not imply to the public that they are subjects before the grand jury, this article demonstrates that is exactly how the public will interpret the BA Plea Agreement.

Defendants will not be prejudiced by the addition of this single footnote. Additionally, because the article was published in the United Kingdom and Plaintiff's counsel was unaware of the article until last evening, there is good cause to grant leave to insert the footnote.

1391422v1

For the foregoing reasons, Plaintiff respectfully requests that the Court grant his motion.

Dated: August 22, 2007

Respectfully Submitted,

PATTERSON BELKNAP WEBB & TYLER LLP

_____
By: Daniel S. Ruzumna (DC Bar No. 450040)
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2034

*Attorneys for Plaintiff*

1391422v1

**EXHIBIT A**



# Top BA staff face criminal inquiry in price-fixing case

· Company to formalise guilty plea next week
· Scam still being investigated by Brussels

**Dan Milmo, transport correspondent**
Saturday August 18, 2007

**Guardian**

The price fixing scandal at British Airways deepened yesterday after it emerged the US department of justice will open criminal investigations into senior staff at the airline next week.

BA will formalise its guilty plea to fixing fuel surcharges on long-haul passenger and cargo flights in a court appearance in Washington on Thursday. It is understood that the DoJ will also name airline staff who face criminal investigation under anti-cartel laws, including some names that are well known in aviation circles. BA was fined £270m by authorities on both sides of the Atlantic earlier this month after admitting the surcharge scam, which included a long-running conspiracy with Virgin Atlantic over passenger flights.

Two former BA employees have left the company since a price-fixing conspiracy emerged last summer. Martin George, former commercial director, and Iain Burns, former head of communications, resigned in October and are expected to be named as suspects by the DoJ.

However, the naming of current employees will be a further embarrassment to BA, which is facing a multi-million dollar class action lawsuit from passengers over the cartel. It is understood that up to 20 staff could be named, indicating that the price fixing operation was more sophisticated than first thought.

Willie Walsh, the BA chief executive, condemned the price fixing earlier this month but said it was caused by the "anti-competitive conduct of a very limited number of individuals". BA declined to comment on the prospect of employees being implicated. A spokesman said: "As per the court register, British Airways is scheduled to appear in court in Washington on Thursday August 23. Beyond this we have no further comment to make." The DoJ declined to comment.

The price fixing of long-haul fuel surcharges - a levy placed on tickets to cover the rising cost of oil - between BA and Virgin Atlantic lasted from August 2004 to January 2006 and ended after Virgin Atlantic blew the whistle on its competitor. Had BA contacted competition authorities first, Virgin Atlantic would have faced record fines and criminal investigations of its staff.

The price fixing of passenger surcharges was initiated by BA, when Mr Burns made a phone call to his Virgin counterparts on August 9 2004. The airline's former communications chief has been forced to work abroad after he left BA with a small pay-off, while his immediate boss, Mr George, left with payments of up to £1.6m.

The DoJ has condemned the surcharge fixing, saying that "virtually every American business and consumer was impacted by these crimes". It is believed to be focusing on the cargo scam, which involved several airlines and is still being investigated by competition authorities in Brussels.

BA has indicated an eagerness to see Virgin Atlantic's role in the cartel exposed further. Earlier this month Mr Walsh, who joined the airline after the price fixing began, told the Guardian: "I would be very happy to see all the detail being made public. Clearly the regulators wish to protect the criminal investigation and I can understand that."

Virgin Atlantic, which has apologised for its role in the cartel, will be sued in civil lawsuits related to the case. It was given immunity from criminal prosecution after it was the first to report the illicit talks with BA. However, US litigator Michael Hausfeld is preparing to file a class action lawsuit against BA and Virgin Atlantic in the UK in the autumn. He has promised to give British consumers "the opportunity to recover that which was robbed from them". The consumer group, Which?, is also considering taking legal action.

The inquiry is the latest blow to BA after a difficult year at a business that once flew under the slogan "the world's favourite airline". Over the past year BA has been disrupted by an industrial dispute, the loss of 20,000 bags in a month and ongoing problems at its Heathrow airport base, which faces the threat of direct action from eco-protesters this weekend.

Guardian Unlimited © Guardian News and Media Limited 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------------x
JOHN DOE,                                                         :

      Plaintiff,                                          :

  -against-                                                       :     Civil No. 07-1496 (JDB)

SCOTT D. HAMMOND, DEPUTY ASST. ATTORNEY   :
GENERAL, ANTITRUST DIVISION, DEPT. OF
JUSTICE; LISA M. PHELAN, CHIEF, NATIONAL       :
CRIMINAL ENFORCEMENT SECTION; MARC
SIEGEL, DIRECTOR OF CRIMINAL ENFORCEMENT; :
MARK R. ROSMAN, ASST. CHIEF
                                                                                                                                           :

      Defendants.                                         :

------------------------------------------------------------------x

## ORDER

        Upon motion by Plaintiff John Doe for leave to insert a footnote into his reply memorandum in support of his motion for a temporary restraining order and preliminary injunction, for good cause shown, IT IS HEREBY ORDERED that the motion is granted. The following footnote shall be construed as added to Plaintiff's reply memorandum at page 6 after the first partial paragraph:

> Indeed, at least one press report in the United Kingdom has already seized upon the BA Plea Agreement as an indication that the Department of Justice will be opening "criminal investigations into senior staff at the airline" and that the individuals identified in the Agreement "face criminal investigation under anti-cartel laws." *See* Dan Milmo, "Top BA Staff Face Criminal Inquiry in Price-Fixing Case," The Guardian, Aug. 18, 2007.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2007, I caused a true and correct copy of the foregoing submission be served by way of attachment to an email message upon counsel for Defendant at the following address:

>   Mark R. Rosman
>   Brent Snyder
>   United States Department of Justice
>   National Criminal Enforcement Section
>   1401 H Street, N.W., Suite 3700
>   Washington, DC  20530

_____
Daniel S. Ruzumna