IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　Plaintiff,<br><br>　　　and<br><br>JOHN DOE (VII) and JOHN DOE (VIII)<br><br>　　　　　　Proposed Intervenors-<br>　　　　　　Plaintiffs<br><br>　　　v.<br><br>SCOTT D. HAMMOND, *et al.*,<br><br>　　　　　　Defendant. | Civil No. 07-1496 (JDB) |

**INTERVENOR'S MOTION TO PROCEED PSEUDONYMOUSLY**

John Doe (VII) and John Doe (VIII) (collectively "Intervenors") respectfully move this Court for leave to file their Motion to Intervene and other papers in this matter under a pseudonym.[1] For the reasons set forth in the accompanying Memorandum of Law, Plaintiff's motion should be granted.

---

[1] It is Intervenors understanding that in addition to Plaintiff, five other John Does have also moved to proceed pseudonymously in this matter.

Dated:  August 22, 2007              Respectfully submitted,

PAUL, HASTINGS, JANOFSKY & WALKER LLP

  /s/ E. Lawrence Barcella, Jr.
E. Lawrence  Barcella, Jr. (DC Bar No. 49841)
Jeremy P. Evans (DC Bar No. 478097)
Paul, Hastings, Janofsky & Walker LLP
875 15th St., NW
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

*Counsel for Intervenors John Doe (VII) and John Doe (VIII)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>and<br><br>JOHN DOE (VII) and JOHN DOE (VIII)<br><br>    Proposed Intervenors-<br>    Plaintiffs<br><br>  v.<br><br>SCOTT D. HAMMOND, *et al.*,<br><br>    Defendant. | Civil No. 07-1496 (JDB) |

## MEMORANDUM IN SUPPORT OF THE MOTION TO PROCEED PSEUDONYMOUSLY

  John Doe (VII) and John Doe (VIII) (collectively "Intervenors") respectfully submit this memorandum in support of their motion to proceed pseudonymously. As Judge Lamberth recently explained, the usual practice in this District for litigants seeking to proceed under pseudonym is to ask "for leave to file [court papers] omitting the litigant's real name and full address." *Qualls v. Rumsfeld,* 228 F.R.D. 8, 10 (D.D.C. 2005). In effect, the litigant is asking "to waive the requirements of Federal Rule 10(a) and Local Civil Rules 5.1(e)(1) and 11.1. Leave is generally granted if the litigant makes a colorable argument in support of the request." *Id*.

  Intervenors recognize that "[p]seudonymous litigation is for the unusual or critical case, and it is the litigant seeking to proceed under pseudonym that bears the burden to demonstrate a legitimate basis for proceeding in that manner." *Id.* at 13. However, the sole and limited relief

Intervenors request in this action is an injunction prohibiting Defendants from publicly identifying them as subjects of the British Airways grand jury investigation. Thus, the nature of this action requires Intervenors to proceed pseudonymously or not at all, as suing under their own names automatically would preclude the very relief they seek. Indeed, Intervenors do not seek to place their filings under seal. Instead, they request that only their identity be kept from public record, as necessitated by the nature of the relief sought.

Accordingly, there is a "legitimate basis," (*id.*), for Intervenors to procede pseudonymously in this "unusual ... case." *Id.* at 8. Given that Intervenors have made "a colorable argument in support of the request" to proceed pseudonymously, (*Qualls, 228* F.R.D. at 8), they ask the Court to grant their motion.

Dated: August 22, 2007

Respectfully submitted,

PAUL, HASTINGS, JANOFSKY & WALKER LLP

  /s/ E. Lawrence Barcella, Jr.
E. Lawrence Barcella, Jr. (DC Bar No. 49841)
Jeremy P. Evans (DC Bar No. 478097)
Paul, Hastings, Janofsky & Walker LLP
875 15th St., NW
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

*Counsel for Intervenors John Doe (VII) and John Doe (VIII)*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served upon the undersigned attorney by facsimile and First Class mail, postage prepaid at the address set out below on August 22, 2007:

>Mark Rosman, Assistant Chief
>Brent Snyder, Trial Attorney
>Mark Grundvig, Trian Attorney
>Kathryn Hellings, Trial Attorney
>Elizabeth Aloi, Trial Attorney
>U.S. Department of Justice
>Antitrust Division
>1401 H. Street, N.W., Suite 3700
>Washington, D.C. 20530
>Tel: 202-307-6694
>Fax: 202-514-6525
>
>Daryl A. Libow
>Joseph J. Reilly
>Sullivan & Cromwell LLP
>Washington, DC 20006
>Tel: 202-956-7650
>Fax: 202-293-6330
>
>Daniel S. Ruzumna
>Patterson, Belknap, Webb & Tyler
>1133 Avenue of the Americas
>New York, NY 10036
>Tel: 212-336-2034
>Fax: 212-336-1205

Dated: August 22, 2007                              /s/ Jeremy Evans_____
                                                            Jeremy Evans

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE,

    Plaintiff,

and

JOHN DOE (VII) and JOHN DOE (VIII)

    Proposed Intervenors-Plaintiffs

v.

SCOTT D. HAMMOND, *et al.*,

    Defendant.

Civil No. 07-1496 (JDB)

**ORDER**

Having considered the Motion to Proceed Pseudonymously by John Doe (VII) and John Doe (VIII), along with the other supporting papers, and all responses thereto, and good cause having been shown,

IT IS HEREBY ORDERED that the Motion to Proceed Pseudonymously by John Doe (VII) and John Doe (VIII) is GRANTED.

IT IS SO ORDERED:

Dated: August ____, 2007

_____
Hon. John D. Bates
United States District Judge