UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>v.<br><br>SCOTT D. HAMMOND, Acting Assistant Attorney General Antitrust Division, U.S. Department of Justice, <u>et</u> <u>al.</u>,<br><br>Defendants. | Civil Action No. 07-1496 (JDB) |

### ORDER

Upon consideration of plaintiff's application for temporary restraining order and preliminary injunction, plaintiff's motion for leave to insert a footnote into his reply memorandum, and the motions for leave to intervene submitted by John Does 2-5, John Doe 6, and John Does VII and VIII, and the Court having considered plaintiff's application as adopted by all intervenors, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that the motions for leave to intervene submitted by John Does 2-5, John Doe 6, and John Does VII and VIII are **GRANTED**; it is further

**ORDERED** that plaintiff's motion for leave to insert a footnote into his reply memorandum is **GRANTED**; it is further

**ORDERED** that plaintiff's and intervenors' application for temporary restraining order and preliminary injunction is **DENIED**; it is further

**ORDERED** that, by not later than August 30, 2007, plaintiff and intervenors shall show

cause why this action should not be dismissed and terminated.

**SO ORDERED.**

                                                          /s/
                                                    JOHN D. BATES
                                              United States District Judge

Date:   August 22, 2007