IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>      Plaintiff,<br><br>      v.<br><br>SCOTT D. HAMMOND, DEPUTY ASST. ATTORNEY GENERAL, ANTITRUST DIVISION, DEPT. OF JUSTICE; LISA M. PHELAN, CHIEF, NATIONAL CRIMINAL ENFORCEMENT SECTION; MARC SIEGEL, DIRECTOR OF CRIMINAL ENFORCEMENT; MARK R. ROSMAN, ASST. CHIEF<br><br>      Defendants. | Civil Action No. 07-1496 (JDB) |

## MOTION TO SEAL NAME AND ADDRESS OF INTERVENOR JOHN DOE #2

Intervenor/plaintiff John Doe #2 respectfully moves this Court for an Order sealing his name and address and allowing him to proceed using the pseudonym "John Doe #2" in connection with his Motion to Intervene and other papers in this matter.

For the reasons set forth in the accompanying Memorandum in Support of Motion to Seal Name and Address of Intervenor, John Doe #2's motion should be granted.

John Doe #2 submits his name and address in Attachment A to this motion, which is being filed under seal. A proposed order is also included.

Dated: August 21, 2007

                                    Respectfully Submitted,

                                    COVINGTON & BURLING LLP

                                         /s/ Lanny A. Breuer
                                  Lanny A. Breuer (D.C. Bar No. 416649)
                                  James M. Garland (D.C. Bar No. 475509)
                                  1201 Pennsylvania Avenue, NW
                                  Washington, DC 20004-2401
                                  (202) 662-6000
                                  *Attorneys for Intervenor/Plaintiff John Doe #2*

## CERTIFICATE OF SERVICE

I, Fuad Rana, hereby certify that on this 21st day of August 2007, I caused a copy of the Motion to Seal Name and Address of Intervenor John Doe #2; John Doe #2's Memorandum in Support of His Motion to Seal Name and Address of Intervenor; and Proposed Order, to be served on the following by facsimile:

Daniel S. Ruzumna
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036
Tel: 212-336-2034
Fax: 212-336-1205

Mark Rosman
Brent Snyder
Mark Grundvig
Kathryn Hellings
Elizabeth Aloi
U.S. Department of Justice
Antitrust Division
1401 H Street, NW, Suite 3700
Washington, DC 20530
Tel: 202-307-6694
Fax: 202-514-6525

_____
Fuad Rana

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT D. HAMMOND, DEPUTY ASST. ATTORNEY GENERAL, ANTITRUST DIVISION, DEPT. OF JUSTICE; LISA M. PHELAN, CHIEF, NATIONAL CRIMINAL ENFORCEMENT SECTION; MARC SIEGEL, DIRECTOR OF CRIMINAL ENFORCEMENT; MARK R. ROSMAN, ASST. CHIEF<br><br>Defendants. | Civil Action No. 07-1496 (JDB) |

## JOHN DOE #2'S MEMORANDUM IN SUPPORT OF MOTION TO SEAL NAME AND ADDRESS OF INTERVENOR

Intervenor John Doe #2 respectfully submits this Memorandum of Law in Support of his Motion to Seal Name and Address of Intervenor. John Doe #2 has separately filed a Motion for Leave to Intervene as a plaintiff in the above-captioned matter, pursuant to Federal Rule of Civil Procedure 24(b).

A court has "wide discretion" to seal information contained in court documents. *See EEOC v. National Children's Center, Inc.*, 98 F.3d 1406, 1410 (D.C. Cir. 1996). In this matter, John Doe #2 seeks leave to intervene to assert claims that the Defendants' plan to publicly identify him as being "carved out" from the scope of a plea agreement with British Airways violates Federal Rule of Criminal Procedure 6(e), the Fifth Amendment to the U.S. Constitution, and applicable Department of Justice guidelines governing the conduct of federal prosecutors. The sole and limited relief that John Doe #2 seeks -- an injunction prohibiting

Defendants from publicly identifying him in connection with the British Airways plea agreement -- requires him to proceed using a pseudonym, or not at all, as suing in his own name would preclude the very relief he now seeks.

Dated: August 21, 2007

                          Respectfully Submitted,

                          COVINGTON & BURLING LLP

                                  /s/ Lanny A. Breuer
                          Lanny A. Breuer (D.C. Bar No. 416649)
                          James M. Garland (D.C. Bar No. 475509)
                          1201 Pennsylvania Avenue, NW
                          Washington, DC 20004-2401
                          (202) 662-6000
                          *Attorneys for Intervenor/Plaintiff John Doe #2*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>      Plaintiff,<br><br>v.<br><br>SCOTT D. HAMMOND, DEPUTY ASST. ATTORNEY GENERAL, ANTITRUST DIVISION, DEPT. OF JUSTICE; LISA M. PHELAN, CHIEF, NATIONAL CRIMINAL ENFORCEMENT SECTION; MARC SIEGEL, DIRECTOR OF CRIMINAL ENFORCEMENT; MARK R. ROSMAN, ASST. CHIEF<br><br>      Defendants. | Civil Action No. 07-1496 (JDB) |

## ORDER

Having considered John Doe #2's Motion to Seal Name and Address of Intervenor ("Motion"), along with the supporting Memorandum of Law, and good cause having been shown,

    IT IS HEREBY ORDERED that the Motion is GRANTED; and

    IT IS FURTHER ORDERED that Intervenor may file his Motion to Intervene and all other papers in this matter under the name "John Doe #2."

Dated: August __, 2007                             SO ORDERED:

                                                                                                                                                  _____

## PERSONS TO BE SERVED UPON ENTRY OF THIS ORDER

Daniel S. Ruzumna
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036
Tel: 212-336-2034
Fax: 212-336-1205

*Attorneys for Plaintiff John Doe*

Lanny A. Breuer
James M. Garland
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tel: 202-662-6000
Fax: 202-662-6291

*Attorneys for Intervenor/Plaintiff John Doe #2*

Mark Rosman
Brent Snyder
Mark Grundvig
Kathryn Hellings
Elizabeth Aloi
U.S. Department of Justice
Antitrust Division
1401 H Street, NW, Suite 3700
Washington, DC 20530
Tel: 202-307-6694
Fax: 202-514-6525

*Attorneys for Defendants*

## ATTACHMENT A

## (FILED UNDER SEAL)

Gareth Kirkwood, Compass Center Westpoint 2N (S756), PO Box 10 Heathrow Airport, Hounslow Middlesex TW6 2JA, United Kingdom, has filed a Motion to Seal Name and Address of Intervenor and proceed using the pseudonym "John Doe #2" in this matter.

Dated: August 21, 2007

Respectfully Submitted,

COVINGTON & BURLING LLP

/s/ Lanny A. Breuer
Lanny A. Breuer (D.C. Bar No. 416649)
James M. Garland (D.C. Bar No. 475509)
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-6000
*Attorneys for Intervenor/Plaintiff John Doe #2*