IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>      Plaintiff,<br><br>    v.<br><br>SCOTT D. HAMMOND, DEPUTY ASST. ATTORNEY GENERAL, ANTITRUST DIVISION, DEPT. OF JUSTICE; LISA M. PHELAN, CHIEF, NATIONAL CRIMINAL ENFORCEMENT SECTION; MARC SIEGEL, DIRECTOR OF CRIMINAL ENFORCEMENT; MARK R. ROSMAN, ASST. CHIEF<br><br>      Defendants. | Civil Action No. 07-1496 (JDB) |

### MOTION TO SEAL NAME AND ADDRESS OF INTERVENORS JOHN DOES 4 and 5

Intervenors/plaintiffs John Does 4 and 5 respectfully move this Court for an Order sealing their names and addresses and allowing them to proceed using the pseudonyms "John Does 4 and 5" in connection with their Motion to Intervene and other papers in this matter.

For the reasons set forth in the accompanying Memorandum in Support of Motion to Seal Name and Address of Intervenors, John Does 4 and 5's motion should be granted.

John Does 4 and 5 submit their names and addresses in Attachment A to this motion, which is being filed under seal. A proposed order is also included.

Dated: August 21, 2007

                                                CLAYMAN & ROSENBERG

                                                Seth L. Rosenberg (D.C. Bar No. 420812)
                                                305 Madison Avenue – Suite 1301
                                                New York, New York 10165
                                                (212) 922-1080
                                                *Attorneys for Intervenors/Plaintiffs*
                                                *John Does #4 and #5*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT D. HAMMOND, DEPUTY ASST. )<br>ATTORNEY GENERAL, ANTITRUST )<br>DIVISION, DEPT. OF JUSTICE; LISA M. )<br>PHELAN, CHIEF, NATIONAL CRIMINAL )<br>ENFORCEMENT SECTION; MARC SIEGEL, )<br>DIRECTOR OF CRIMINAL ENFORCEMENT; )<br>MARK R. ROSMAN, ASST. CHIEF )<br>)<br>Defendants. )<br>) | Civil Action No. 07-1496 (JDB) |

## ORDER

Having considered John Does 4 and 5's Motion to Seal Name and Address of Intervenors ("Motion"), along with the supporting Memorandum of Law, and good cause having been shown,

IT IS HEREBY ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED that Intervenors may file their Motion to Intervene and all other papers in this matter under the names "John Does 4 and 5."

Dated: August __, 2007          SO ORDERED:

                                _____

## CERTIFICATE OF SERVICE

I, Paul Hugel, hereby certify that on this 21st day of August 2007, I caused a copy of the Motion to Seal Name and Address of Intervenors John Does 4 and 5; and the accompanying Memorandum of Law; and Proposed Order, to be served on the following by facsimile:

Daniel S. Ruzumna
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036
Tel: 212-336-2034
Fax: 212-336-1205

Mark Rosman
Brent Snyder
Mark Grundvig
Kathryn Hellings
Elizabeth Aloi
U.S. Department of Justice
Antitrust Division
1401 H Street, NW, Suite 3700
Washington, DC 20530
Tel: 202-307-6694
Fax: 202-514-6525

_____
Paul Hugel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-1496 (JDB) |
| v. ) | |
| ) | |
| SCOTT D. HAMMOND, DEPUTY ASST. ) | |
| ATTORNEY GENERAL, ANTITRUST ) | |
| DIVISION, DEPT. OF JUSTICE; LISA M. ) | |
| PHELAN, CHIEF, NATIONAL CRIMINAL ) | |
| ENFORCEMENT SECTION; MARC SIEGEL, ) | |
| DIRECTOR OF CRIMINAL ENFORCEMENT; ) | |
| MARK R. ROSMAN, ASST. CHIEF ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOHN DOES 4 and 5's MEMORANDUM IN SUPPORT OF MOTION TO SEAL NAME AND ADDRESS OF INTERVENOR

Intervenors John Does 4 and 5 respectfully submit this Memorandum of Law in Support of their Motion to Seal Name and Address of Intervenor. John Does 4 and 5 have separately filed a Motion for Leave to Intervene as plaintiffs in the above-captioned matter, pursuant to Federal Rule of Civil Procedure 24(b).

A court has "wide discretion" to seal information contained in court documents. *See EEOC v. National Children's Center, Inc.*, 98 F.3d 1406, 1410 (D.C. Cir. 1996). In this matter, John Does 4 and 5 seek leave to intervene to assert claims that the Defendants' plan to publicly identify them as being "carved out" from the scope of a plea agreement with British Airways violates Federal Rule of Criminal Procedure 6(e), the Fifth Amendment to the U.S. Constitution, and applicable Department of Justice guidelines governing the conduct of federal prosecutors. The sole and limited relief that John Does 4 and 5 seek -- an injunction prohibiting

Defendants from publicly identifying them in connection with the British Airways plea agreement -- requires them to proceed using a pseudonym, or not at all, as appearing in their names would preclude the very relief they now seek.

Dated: August 21, 2007

                Respectfully Submitted,

                CLAYMAN & ROSENBERG

                _____
                Seth L. Rosenberg (D.C. Bar No. 420812)
                305 Madison Avenue – Suite 1301
                New York, New York 10165
                (212) 922-1080
                *Attorneys for Intervenors/Plaintiffs*
                *John Does #4 and #5*



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> SCOTT D. HAMMOND, DEPUTY ASST. ATTORNEY GENERAL, ANTITRUST DIVISION, DEPT. OF JUSTICE; LISA M. PHELAN, CHIEF, NATIONAL CRIMINAL ENFORCEMENT SECTION; MARC SIEGEL, DIRECTOR OF CRIMINAL ENFORCEMENT; MARK R. ROSMAN, ASST. CHIEF <br><br> Defendants. | Civil Action No. 07-1496 (JDB) <br><br> **FILED UNDER SEAL** |

## ATTACHMENT A

JOHN DOE #4:
Ian Barrigan
British Airways, PLC
Waterside
Harmondsworth UB7 0GB
England

JOHN DOE #5:
Anthony Nothman
British Airways, PLC
Waterside
Harmondsworth UB7 0GB
England

