# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-1496 (JDB) |
| v. ) | |
| ) | |
| SCOTT D. HAMMOND, DEPUTY ASST. ) | |
| ATTORNEY GENERAL, ANTITRUST ) | |
| DIVISION, DEPT. OF JUSTICE; LISA M. ) | |
| PHELAN, CHIEF, NATIONAL CRIMINAL ) | |
| ENFORCEMENT SECTION; MARC SIEGEL, ) | |
| DIRECTOR OF CRIMINAL ENFORCEMENT; ) | |
| MARK R. ROSMAN, ASST. CHIEF ) | |
| ) | |
| Defendants. ) | |

## MOTION TO SEAL NAME AND ADDRESS OF INTERVENOR JOHN DOE #6

Intervenor/plaintiff John Doe #6 respectfully moves this Court for an Order sealing his name and address and allowing him to proceed using the pseudonym "John Doe #6" in connection with his Motion to Intervene and other papers in this matter.

For the reasons set forth in the accompanying Memorandum in Support of Motion to Seal Name and Address of Intervenor, John Doe #6's motion should be granted.

John Doe #6 submits his name and address in Attachment A to this motion, which is being filed under seal. A proposed order is also included.

Dated: August 22, 2007

                        Respectfully Submitted,

                        MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

                        */s/ J. Bruce Maffeo / CRP*
                        J. Bruce Maffeo
                        E. Niki Warin
                        1350 Broadway, Suite 501
                        New York, New York 10018
                        (212) 239-4999
                        *Attorneys for Intervenor/Plaintiff John Doe #6*


                        GUERRIERI, EDMOND, CLAYMAN &
                        BARTOS

                        */s/ Robert S. Clayman / CRP*
                        Robert S. Clayman (D.C. Bar No. 419631)

                        */s/ Carmen Parcelli*
                        Carmen Parcelli (D.C. Bar No. 484459)
                        1625 Massachusetts Avenue, N.W., Suite 700
                        Washington D.C., 20036
                        (202) 624-7400
                        *Local Counsel for Intervenor/Plaintiff John Doe #6*

## CERTIFICATE OF SERVICE

I, Carmen Parcelli, hereby certify that on this 22nd day of August 2007, I caused a copy of the Motion to Seal Name and Address of Intervenor John Doe #6; and the accompanying Memorandum of Law; and Proposed Order, to be served on the following by facsimile:

Daniel S. Ruzumna
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036
Tel: 212-336-2034
Fax: 212-336-1205

Mark Rosman
Brent Snyder
Mark Grundvig
Kathryn Hellings
Elizabeth Aloi
U.S. Department of Justice
Antitrust Division
1401 H Street, NW, Suite 3700
Washington, DC 20530
Tel: 202-307-6694
Fax: 202-514-6525

_____
Carmen Parcelli

88439

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br>  v.<br><br>SCOTT D. HAMMOND, DEPUTY ASST. ATTORNEY GENERAL, ANTITRUST DIVISION, DEPT. OF JUSTICE; LISA M. PHELAN, CHIEF, NATIONAL CRIMINAL ENFORCEMENT SECTION; MARC SIEGEL, DIRECTOR OF CRIMINAL ENFORCEMENT; MARK R. ROSMAN, ASST. CHIEF<br><br>   Defendants. | Civil Action No. 07-1496 (JDB) |

## JOHN DOE #6'S MEMORANDUM IN SUPPORT OF MOTION TO SEAL NAME AND ADDRESS OF INTERVENOR

   Intervenor John Doe #6 respectfully submits this Memorandum of Law in Support of his Motion to Seal Name and Address of Intervenor. John Doe #6 has separately filed a Motion for Leave to Intervene as plaintiff in the above-captioned matter, pursuant to Federal Rule of Civil Procedure 24(b).

   A court has "wide discretion" to seal information contained in court documents. *See EEOC v. National Children's Center, Inc.*, 98 F.3d 1406, 1410 (D.C. Cir. 1996). In this matter, John Doe #6 seeks leave to intervene to assert claims that the Defendants' plan to publicly identify him as being "carved out" from the scope of a plea agreement with British Airways violates Federal Rule of Criminal Procedure 6(e), the Fifth Amendment to the U.S. Constitution, and applicable Department of Justice guidelines governing the conduct of federal prosecutors. The sole and limited relief that John Doe #6 seeks -- an injunction prohibiting

Defendants from publicly identifying him in connection with the British Airways plea agreement -- requires him to proceed using a pseudonym, or not at all, as appearing in his name would preclude the very relief he now seeks.

Dated: August 22, 2007

        Respectfully Submitted,

        Respectfully Submitted,

        MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

        *J. Bruce Maffeo/CRP*
        J. Bruce Maffeo
        E. Niki Warin
        1350 Broadway, Suite 501
        New York, New York 10018
        (212) 239-4999
        *Attorneys for Intervenor/Plaintiff John Doe #6*

        GUERRIERI, EDMOND, CLAYMAN & BARTOS

        Robert S. Clayman (D.C. Bar No. 419631)

        Carmen Parcelli (D.C. Bar No. 484459)
        1625 Massachusetts Avenue, N.W., Suite 700
        Washington D.C., 20036
        (202) 624-7400
        *Local Counsel for Intervenor/Plaintiff John Doe #6*

88438

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-1496 (JDB) |
| v. ) | |
| ) | |
| SCOTT D. HAMMOND, DEPUTY ASST. ) | |
| ATTORNEY GENERAL, ANTITRUST ) | |
| DIVISION, DEPT. OF JUSTICE; LISA M. ) | |
| PHELAN, CHIEF, NATIONAL CRIMINAL ) | |
| ENFORCEMENT SECTION; MARC SIEGEL, ) | |
| DIRECTOR OF CRIMINAL ENFORCEMENT; ) | |
| MARK R. ROSMAN, ASST. CHIEF ) | |
| ) | |
| Defendants. ) | |

## ORDER

Having considered John Doe #6's Motion to Seal Name and Address of the Intervenor ("Motion"), along with the supporting Memorandum of Law, and good cause having been shown,

IT IS HEREBY ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED that Intervenor may file his Motion to Intervene and all other papers in this matter under the names "John Doe #6."

Dated: August __, 2007               SO ORDERED:

                                     _____

**PERSONS TO BE SERVED UPON ENTRY OF THIS ORDER**

Daniel S. Ruzumna
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036
Tel: 212-336-2034
Fax: 212-336-1205

*Attorneys for Plaintiff John Doe*

Lanny A. Breuer
James M. Garland
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tel: 202-662-6000
Fax: 202-662-6291

*Attorneys for Intervenor/Plaintiff John Doe #2*

Mark Rosman
Brent Snyder
Mark Grundvig
Kathryn Hellings
Elizabeth Aloi
U.S. Department of Justice
Antitrust Division
1401 H Street, NW, Suite 3700
Washington, DC 20530
Tel: 202-307-6694
Fax: 202-514-6525

*Attorneys for Defendants*

88440

# ATTACHMENT A

*TO BE FILED UNDER SEAL*

*TO BE FILED UNDER SEAL*

Name and Address of John Doe #6 Seeking to Intervene

Robert Kujala
70-14 267th Street
Floral Park, New York 11004

*TO BE FILED UNDER SEAL*

88441