UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>v.<br><br>SCOTT D. HAMMOND, Deputy Assistant Attorney General Antitrust Division, U.S. Department of Justice, et al.,<br><br>Defendants. | Civil Action No. 07-1496 (JDB) |

## ORDER

Plaintiff John Doe No. 1 and seven other John Doe intervenors filed this action to enjoin the public disclosure of their names in the plea agreement entered in United States v. British Airways PLC, Cr. No. 07-183 (D.D.C.) ("British Airways"), on the grounds that such disclosure would violate the grand jury secrecy provision in Rule 6(e) of the Federal Rules of Criminal Procedure and their right to due process under the Fifth Amendment. See Compl. ¶¶ 24-34. On August 22, 2007, the Court held that the plea agreement at issue did not disclose any grand jury matters or violate the movants' rights under the Fifth Amendment, and thus denied the motion for temporary restraining order and preliminary injunction. See Doe v. Hammond, slip op. at 3-10 (D.D.C. Aug. 22, 2007). The Court stated, consistent with that disposition, that it would deny the motions to proceed pseudonymously and to seal the movants' identities, but would delay formal action on the motions until the conclusion of the August 23, 2007 plea hearing in British Airways. Id. at 11. In an accompanying order, it further directed the parties to show cause why this action should not be dismissed and terminated, setting a deadline of August 30, 2007. See Doe v. Hammond, Order (D.D.C. Aug. 22, 2007).

Since that time, the Court has accepted British Airways' guilty plea, and the plea

agreement at issue has been publicly filed.  See <u>British Airways</u>, Cr. 07-183, Plea Agreement (D.D.C. Aug. 23, 2007).  Furthermore, no parties have objected to the termination of this action.

In light of the foregoing, it is hereby

**ORDERED** that intervenors' motions to seal and proceed pseudonymously are **DENIED**; it is further

**ORDERED** that the Order granting the motion of John Doe No. 1 to proceed pseudonymously (ECF Doc. No. 2, Aug. 20, 2007) is **VACATED**; it is further

**ORDERED** that the Clerk of Court shall unseal all sealed entries in this docket; and it is further

**ORDERED** that this action is dismissed from the Court's docket and terminated.

/s/
JOHN D. BATES
United States District Judge

Date:   September 5, 2007